1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANGEL ANGUIANO,                          No.  2:15-cv-0832 CKD P

12                     Plaintiff,

13         v.                                   ORDER

14    FRESNO COUNTY SHERIFF'S
      DEPARTMENT,
15
                       Defendants.
16

17

18         Plaintiff, a Fresno County prisoner proceeding pro se, has filed a civil rights action

19    pursuant to 42 U.S.C. § 1983.  The alleged civil rights violations took place in Fresno County,

20    which is part of the Fresno Division of the United States District Court for the Eastern District of

21    California.  See Local Rule 120(d).  Pursuant to Local Rule 120(f), a civil action which has not

22    been commenced in the proper division of a court may, on the court's own motion, be transferred

23    to the proper division of the court.  Therefore, this action will be transferred to the Fresno

24    Division of the court.

25         Good cause appearing, IT IS HEREBY ORDERED that:

26         1.  This action is transferred to the United States District Court for the Eastern District of

27    California sitting in Fresno; and

28    /////

1

1      2.  All future filings shall reference the new Fresno case number assigned and shall be

2   filed at:

3                         United States District Court
                          Eastern District of California
                          2500 Tulare Street
4                         Fresno, CA 93721

5   Dated:  April 23, 2015

6                                                   _____
                                                    CAROLYN K. DELANEY
7                                                   UNITED STATES MAGISTRATE JUDGE

8

9   1/mp
    Angu0832.22
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2